E. T. C. CORPORATION, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

(Submitted June 1, 1936; decided June 5, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 124.)

In the Matter of SAUL KALLMAN, Appellant, against CHARLES GOLD, as Mayor and as Commissioner of Public Works of the City of Long Beach, et al., Respondents.

(Submitted June 1, 1936; decided June 5, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 541.)

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee under a Deed of Trust, Respondent, *v.* CHICAGO TITLE AND TRUST COMPANY, as Executor of EDITH R. McCORMICK, Deceased, et ·al., Appellants, and FOWLER McCORMICK et al., Respondents, Impleaded with Others.

(Submitted June 1, 1936; decided June 5, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 602.)